FILED
JAN 24 2025
U.S. Court of Appeals
Eighth Circuit

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

STATE OF MISSOURI,
    Petitioner,      **25-1141**

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY et al.
    Respondents.

## PETITION FOR REVIEW

**ANDREW T. BAILEY**
ATTORNEY GENERAL
Joshua M. Divine, #69875
*Solicitor General*
Samuel C. Freedlund, #73707
*Deputy Solicitor General*
*Attorneys for Petitioners*

Office of the Attorney General
815 Olive St.
Suite 200
St. Louis, Missouri 63101
Phone: (314) 340-4869
Fax (573) 751-1774
Samuel.Freedlund@ago.mo.gov



Pursuant to Clean Air Act Section 307(b)(1), 42 U.S.C. 7607(b)(1), the Administrative Procedure Act, 5 U.S.C. §§ 553(e) and 702, and Federal Rule of Appellate Procedure 15(a), Petitioner the State of Missouri hereby petitions this Court for review of Respondent United States Environmental Protection Agency's final rule titled "Finding of Failure to Attain and Reclassification of the Missouri Portion of the St. Louis Nonattainment Area as Serious for the 2015 Ozone National Ambient Air Quality Standards," published in the Federal Register at 89 FR 227 (November 25, 2024) (EPA Docket No. EPA-R07-OAR-2024-0540). A copy of EPA's final rule is attached to this Petition as Exhibit 1.

Jurisdiction and venue properly lie in this Court under 42 U.S.C. § 7607(b)(1). This Petition for Review is timely filed within sixty days of the date of publication in the Federal Register. 42 U.S.C. § 7607(b)(1).

January 24, 2025

Respectfully submitted,

ANDREW T. BAILEY
Attorney General

Joshua M. Divine
*Solicitor General*

*/s/ Samuel C. Freedlund*
Samuel C. Freedlund
*Deputy Solicitor General*
Office of the Attorney General
815 Olive St.
Suite 200
St. Louis, Missouri 63101
Phone: (314) 340-4869
Fax (573) 751-1774
Samuel.Freedlund@ago.mo.gov

*Attorneys for Petitioner.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I further hereby certify that I caused a true and correct copy of the foregoing to be served on January 24, 2025, by the United States first-class mail on the following:

James Payne
Acting Administrator
United States Environmental Protection Agency
Office of the Administrator
Mail Code 1101A
1200 Pennsylvania Avenue NW
Washington, D.C. 20460

Office of General Counsel
United States Environmental Protection Agency
Mail Code 2310A
1200 Pennsylvania Avenue NW
Washington, D.C. 20460

James R. McHenry III
Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Todd Kim
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

<em>/s/ Samuel C. Freedlund</em>