# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 27, 2025

Samuel Charles Freedlund
ATTORNEY GENERAL'S OFFICE
Suite 200
815 Olive Street
Saint Louis, MO  63101

      RE:  25-1141 State of Missouri v. EPA

Dear Counsel:

      We have received a petition for review of an order of the United States Environmental Protection Agency, with payment in the amount of $600 for the docket fee.

      The petition has been filed and docketed in the case number listed above. A copy of the petition is hereby served upon the respondent in accordance with Federal Rule of Appellate Procedure, 15(c).

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      Your attention is invited to the briefing schedule pertaining to administrative agency cases, a copy of which will be sent under separate Notice of Docket Activity. The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our website, the address of which is shown above. Counsel for both sides should familiarize themselves with the material and immediately confer regarding the briefing schedule and contents of the appendix.

      Maureen W. Gornik
      Acting Clerk of Court

CJO

Enclosure(s)

cc: Andrew Bailey
    Joshua Divine
    Todd Kim
    James R. McHenry III
    James O. Payne

    District Court/Agency Case Number(s): 89 Fed. Reg. 227

**Caption For Case Number: 25-1141**

State of Missouri

        Petitioner

v.

United States Environmental Protection Agency

        Respondent

**Addresses For Case Participants: 25-1141**

Samuel Charles Freedlund
ATTORNEY GENERAL'S OFFICE
Suite 200
815 Olive Street
Saint Louis, MO  63101

Andrew Bailey
ATTORNEY GENERAL'S OFFICE
221 W. High Street
P.O. Box 899
Jefferson City, MO  65102

Joshua Divine
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Todd Kim
U.S. DEPARTMENT OF JUSTCE
Environmental and Natural Resources Division
950 Pennsylvania Avenue, N.W.
Washington, DC  20530

James R. McHenry III
U.S. DEPARTMENT OF JUSTICE
Office of the Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC  20530

James O. Payne
U.S. ENVIRONMENTAL PROTECTION AGENCY
Office of Regional Counsel
Suite 500
1201 Elm Street
Dallas, TX  75270