**NOT SCHEDULED FOR ORAL ARGUMENT**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | |
|---|---|
| STATE OF MISSOURI,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*. | Case No. 25-1141 |

**EPA'S RESPONSE TO PETITIONER'S MOTION FOR STAY PENDING JUDICIAL REVIEW**

Respondent United States Environmental Protection Agency ("EPA") submits this response to Petitioner's Motion to Stay the Final Rule of the U.S. Environmental Protection Agency (Doc. No. 5518264). For the reasons below, Respondent does not oppose the relief requested in this motion.

1. Petitioner seeks review of an EPA action entitled "Finding of Failure to Attain and Reclassification of the Missouri Portion of the St. Louis Nonattainment Area as Serious for the 2015 Ozone National Ambient Air Quality Standards," 89 Fed. Reg. 92816 (Nov. 25, 2024).

2. Petitioner filed the above-captioned action on January 25, 2025, Pet. (Doc. No. 5478576). The case has not yet been scheduled for briefing or oral argument.

3. On February 21, 2025, on EPA's unopposed motion, this Court placed this matter in abeyance. Order (Doc. No. 5488124).

4. On May 16, 2025, Petitioner moved unopposed for a limited lift of the abeyance to allow Petitioner to move for a stay of the Final Rule, which the Court granted on May 20, 2025. Mot. (Doc. No. 5517573); Order (Doc. No. 5518115).

5. Petitioner has now moved to stay the Final Rule pending resolution of their petition for review. Mot. (Doc. No. 5518264).

6. Petitioner has also submitted an administrative petition to EPA requesting that the Agency both reconsider and stay the Final Rule. On March 5, 2025, EPA issued a letter granting this request. Ex. 1 [EPA Letter]. As stated in the letter, EPA intends to undertake notice and comment to reconsider the Final Rule.

7. In light of EPA's reconsideration of the Final Rule and Petitioner's representation that it will suffer irreparable harm absent a stay, EPA does not oppose the relief requested in the Petitioner's stay motion. *See* Mot. (Doc. No. 5518264). In doing so, however, EPA takes no position on the merits of the underlying arguments regarding Petitioner's alleged harm or the Final Rule. EPA cannot prejudge the outcome of the reconsideration, and thus does not make any

concessions here as to issues that would be addressed by the Court should merits briefing be necessary.

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

<u>*/s/ Kimere J. Kimball*</u>
KIMERE J. KIMBALL
U.S. Department of Justice
Env't & Natural Resources Div.
P.O. Box 7611
Washington, DC 20044
(202) 514-2285 (Kimball)
Kimere.Kimball@usdoj.gov

*Of Counsel:*
Kaytrue Ting
*Office of General Counsel*
Sara Hertz Wu
*Office of Regional Counsel for Region 7*
U.S. Environmental Protection Agency

Date: May 29, 2025

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 351 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Kimere J. Kimball*
KIMERE J. KIMBALL