**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 25-1141

State of Missouri

Petitioner

v.

United States Environmental Protection Agency

Respondent

---

Petition for Review of an Order of the Environmental Protection Administration
(89 Fed. Reg. 227)

---

**ORDER**

The petitioner's unopposed Motion to Stay the Final Rule of the U.S. Environmental Protection Agency is granted. The Final Rule: "Finding of Failure to Attain and Reclassification of the Missouri Portion of the St. Louis Nonattainment Area as Serious for the 2015 Ozone National Ambient Air Quality Standards," 89 Fed. Reg. 92816 (Nov. 25, 2024), is stayed pending resolution of the petition for review in this court. A status report regarding developments in the case and a statement about whether the abeyance should be lifted remains due by June 23, 2025.

June 06, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler