**NOT SCHEDULED FOR ORAL ARGUMENT**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | |
|---|---|
| STATE OF MISSOURI,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*. | Case No. 25-1141 |

**STATUS REPORT**

Respondent United States Environmental Protection Agency ("EPA" or "Agency") submits this status report in accordance with this Court's letter dated May 22, 2026 (Doc. No. 5643417).

1. Petitioner seeks review of an EPA action entitled, "Finding of Failure to Attain and Reclassification of the Missouri Portion of the St. Louis Nonattainment Area as Serious for the 2015 Ozone National Ambient Air Quality Standards," 89 Fed. Reg. 92816 (Nov. 25, 2024).

2. Petitioner filed the above-captioned action on January 25, 2025, Pet. (Doc. No. 5478576).

3. Prior to filing the above-captioned action, Petitioner submitted an administrative petition for reconsideration of the same action challenged here.

4. On February 10, 2025, EPA moved unopposed to hold this case in abeyance to allow the new administration time to review the issues in the case and the petition for reconsideration. Mot. (Doc. No. 5483969). On February 21, 2025, this Court placed this matter in abeyance. Order (Doc. No. 5488124).

5. On March 5, 2025, EPA granted Petitioner's administrative petition for reconsideration pursuant to its inherent authority to reconsider decisions, in addition to its rulemaking authority under 5 U.S.C. § 553(e).

6. On June 20, 2025, EPA published a proposed rulemaking in the Federal Register entitled *Finding of Failure to Attain for the Missouri Portion of the St. Louis Nonattainment Area for the 2015 Ozone National Ambient Air Quality Standards*, 90 Fed. Reg. 26240 (Jun. 20, 2025). The comment period closed on July 21, 2025. EPA has been reviewing comments in preparation for a final rule.

7. For these reasons, the Court should continue to hold this matter in abeyance with the next status report due sixty days from this date.

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

<u>*/s/ Laura J. Glickman*</u>
LAURA J. GLICKMAN
U.S. Department of Justice
Env't & Natural Resources Div.
P.O. Box 7611
Washington, DC 20044
(202) 598-3056
laura.glickman@usdoj.gov

*Of Counsel:*
Kaytrue Ting
*Office of General Counsel*
Jonathan Meyer
*Office of Regional Counsel for Region 7*
U.S. Environmental Protection Agency

Date: July 21, 2026

## CERTIFICATE OF SERVICE

I certify that on July 21, 2026, I electronically filed this document with the Court's CM/ECF system, which will serve each party's counsel of record.

*/s/ Laura J. Glickman*
LAURA J. GLICKMAN