**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 23, 2026

Laura J. Glickman
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division, Environmental Enforcement Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611

RE: 25-1141 State of Missouri v. EPA

Dear Counsel:

The status report due on July 21, 2026 has been filed pursuant to this clerk letter of May 22, 2026. Please file with this office a status report regarding developments in the case by September 21, 2026.

Susan E. Bindler
Clerk of Court

DAK

cc: Madeline Sparks Lansdell
James R. McHenry III
Alexandria Lee Overcash
James O. Payne

District Court/Agency Case Number(s): 89 Fed. Reg. 227